■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS PANNESE, Appellant.—Judgment of the Supreme Court, Kings County, rendered January 22, 1975, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Latham, Acting P. J., Cohalan, Brennan, Munder and Shapiro, JJ., concur.

■ ESTHER C. SHAY, Respondent, v SIDNEY BALABAN, Defendant and Third-Party Plaintiff-Appellant. MARIE BENVENGA, Third-Party Defendant-Respondent.—The respective attorneys for the parties to this appeal from an order-judgment of the Supreme Court, Westchester County, entered June 18, 1975, have agreed that the appeal be withdrawn and that the case proceed to trial on October 20, 1975, subject to further order of the Justice presiding in the trial court, after a conference held in this court before Mr. Justice Gittleson on October 7, 1975, and thereupon signed a memorandum to such effect. In accordance with the foregoing, the appeal is deemed withdrawn, without costs, and it is ordered that the case proceed to trial on October 20, 1975, subject to the further order of the Justice presiding in the trial court. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.